**Barbara DAVIS, Plaintiff–Appellant,**

v.

**PEE DEE COMMUNITY ACTION AGENCY, INCORPORATED, Defendant–Appellee.**

No. 02–1188.

United States Court of Appeals, Fourth Circuit.

Submitted June 25, 2002.

Decided July 10, 2002.

Barbara Davis, Appellant Pro Se. Mark Wilson Buyck, III, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Barbara Davis appeals the district court's order granting summary judgment in favor of Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Davis v. Pee Dee Community Action Agency, Inc.*, No. CA 99–2231–4–23 (D.S.C. Jan. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*